UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES LIBERATORE,

    **Plaintiff,**

v.                                        Case No: 6:16-cv-588-Orl-28GJK

AAA DISCOUNT WATER OUTLET–THE
WATERMAN, INC.,

    **Defendant.**

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement Agreement and for Dismissal of All Claims With Prejudice (Doc. 29) filed by both parties. The assigned United States Magistrate Judge has submitted a Report (Doc. 31) recommending that the motion be granted to the extent the Court finds the parties' settlement is fair and reasonable and that the case be dismissed with prejudice. The parties have filed a Joint Notice of Non-Objection (Doc. 32) to the Report.

After review of the record in this matter, and noting the Joint Notice of Non-Objection, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement and for Dismissal of All Claims With Prejudice (Doc. 29) is **GRANTED**. The Court finds that the parties' Settlement Agreement is a fair and reasonable settlement of Plaintiff's FLSA claim.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on December 21, 2016.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record